# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**ELIZABETH DESOYE,**

               Plaintiff,               19 **CIVIL** 6599 (ALC)

       -against-                     **JUDGMENT**

**ANDREW SAUL,**
*COMMISSIONER OF SOCIAL SECURITY*,

               Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated March 29, 2021, Defendant's Motion for Judgment on the Pleadings is granted**.** ECF No. 15.

**Dated:**  New York, New York
           March 29, 2021

                                                **RUBY J. KRAJICK**
                                                    Clerk of Court
                             **BY:**
                                                     Deputy Clerk